UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MICHAIL ARONOV [D-2]

        Defendant.
_____/

CASE NO. 05-CR-80187

HON. VICTORIA A. ROBERTS

PRELIMINARY CONSENT ORDER OF FORFEITURE
AS TO DEFENDANT MICHAIL ARONOV

WHEREAS, a Superseding Information was issued on September 8, 2005, charging Defendant, Michail Aronov, with violating 18 U.S.C. § 371 (Servitude Conspiracy), 8 U.S.C. § 1324 (Immigration Conspiracy), and 18 U.S.C. § 1956 (Money Laundering Conspiracy);

WHEREAS, pursuant to 18 U.S.C. § 1594 the Information also sought criminal forfeiture of: 1) any property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the criminal offenses charged in the Information; and 2) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses; and

WHEREAS, pursuant to 18 U.S.C. § 982, the Information also sought

criminal forfeiture of any proceeds involved in the criminal offenses charged in the Information;

WHEREAS, on September 8, 2005, Defendant, Michail Aronov, entered into a Rule 11 Plea Agreement, pled guilty to Counts One, Two, Three and Four of the Superseding Information, and agreed to the entry of a money judgment against him and in favor of the United States, and has subsequently agreed that the judgment shall be in the amount specified below; and

WHEREAS, as part of his Plea Agreement, Defendant, Michail Aronov, also agreed to execute a Stipulated Consent Judgment in the civil case entitled U.S. v. $888.00 U.S.C., et. al. (Civ. Case No. 05-80187; Roberts, J.), providing for the return of a Cartier watch and a gold bracelet to him and the release and waiver of any claims he has, had or may have against any other defendant assets or proceeds that are the subject matter of that case; and

WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1), the Court has determined that the amount of the money judgment specified below is the amount the Defendant shall be ordered to pay and is supported by the record as a whole;

NOW, THEREFORE, based upon Defendant, Michail Aronov's, guilty plea, the money judgment and forfeiture provisions in the Rule 11 Plea Agreement, and the record in this case;

IT IS HEREBY ORDERED that a money judgment in the amount of Six Hundred Forty One Thousand Five Hundred and Fifty Dollars ($641,550.00) is granted and entered against the Defendant, Michail Aronov, in favor of the United States of America;

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(e)(1)(B), the Government may move at any time to amend this Order to forfeit property and assets of the defendant as substitute assets under 21 U.S.C. § 853(p) to the extent necessary to satisfy the amount of the money judgment;

IT IS FURTHER ORDERED that the United States is hereby authorized, pursuant to Fed. R. Crim. P. 32.2(b)(3) to conduct any discovery that the Court considers proper to help identify, locate, or dispose of any such substitute assets, and to begin proceedings consistent with applicable statutory requirements pertaining to ancillary hearings and the rights of any third parties if forfeiture of such assets is initiated;

IT IS FURTHER ORDERED that, as to the money judgment and its amount, this order shall be deemed a final order, notwithstanding the designation of this Order as a preliminary order; and

IT IS FURTHER ORDERED that the real property, a condominium commonly known as 4203 Quinlan Road, Apt. 301, Glenview, IL 60025, shall be

exempt from any action by the United States to collect any deficiency balance due and owing on the money judgment specified herein.

                                             S/Victoria A. Roberts
                                             HONORABLE VICTORIA A. ROBERTS
                                             United States District Judge

Dated: August 16, 2007

Agreed to as to form and substance:

STEPHEN J. MURPHY
United States Attorney

| s/ T. N. Ziedas | s/ John Royal (with consent) |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant Michail Aronov |
| 211 W. Fort Street, Suite 2001 | 615 Griswold, Suite 1724 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9573 | (313) 962-3738 |
| Peter.Ziedas@usdoj.gov | Johnroyal@ameritech.net |
| [P34653] | [P27800] |
| Dated: August 15, 2007 | Dated: August 15, 2007 |

*(Preliminary Consent Order of Forfeiture as to Defendant Michail Aronov; Crim. Case No. 05-80187)*